**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00507-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JONATHAN PRESTON YATES, Appellee**

**On Appeal from the County Criminal Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. M13-15306**

## ORDER

Before the Court is Jonathan Preston Yates's September 30, 2015 Second Motion for Extension of Time to File Appellee's Brief. We **GRANT** the motion and **DIRECT** the Clerk to filed the brief tendered by Yates on September 30, 2015.

/s/    ROBERT M. FILLMORE
PRESIDING JUSTICE